UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MATTHEW HOPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-1225-MPB-MKK |
| | ) | |
| CITY OF INDIANAPOLIS, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Acknowledgment of Dismissal**

The parties having filed their Stipulation of Dismissal, the Court ACKNOWLEDGES that this case has been dismissed, with prejudice, with each party to pay their own costs and attorneys' fees except as previously agreed to by the parties.

Dated: July 24, 2025

*Matthew P. Brookman*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

To:   All ECF-registered counsel of record

[1]

Case 1:24-cv-01225-MPB-MKK Document 38 Filed 07/24/25 Page 2 of 2 PageID #: 138